OCT 22 2026 AM11:48
FILED - USDC - FLMD - JAX

# UNITED STATES DISTRICT COURT

for the

~~Jacksonville~~ District of Middle District of Florida

Jacksonville Division

Antonio Dempsey

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Ursight Capital LLC, One main Financial Group LLC, ICO Recovery Inc

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 3:26-cv-2886-BJD-PDB
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Antonio Dempsey |
| Street Address | C/O 657 Glendale Lane |
| City and County | Orange Park, Duval County |
| State and Zip Code | FL 32065 |
| Telephone Number | 324-222-3665 |
| E-mail Address | famdempsey@yahoo.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Foursignt Capital LLC |
| Job or Title *(if known)* | |
| Street Address | P.O. Box 45026 |
| City and County | Salt Lake City, Salt Lake County |
| State and Zip Code | UT 84145 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | One main Financial Group LLC |
| Job or Title *(if known)* | |
| Street Address | 100 International Dr 16th Floor |
| City and County | Baltimore, Baltimore City |
| State and Zip Code | MD 21202 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | ICU Recovery Inc |
| Job or Title *(if known)* | |
| Street Address | 7701 Hammond Blvd |
| City and County | Jacksonville, Duval County |
| State and Zip Code | FL 32220 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

15 U.S.C 1601 (TILA), 15 U.S.C 1681 (Fair credit reporting Act, 15 U.S.C 1692 (FDCP

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ________________________, is a citizen of the State of *(name)* ________________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ________________________, is incorporated under the laws of the State of *(name)* ________________________, and has its principal place of business in the State of *(name)* ________________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ________________________, is a citizen of the State of *(name)* ________________________. Or is a citizen of *(foreign nation)* ________________________.

b. If the defendant is a corporation

The defendant, *(name)* ________________, is incorporated under the laws of the State of *(name)* ________________, and has its principal place of business in the State of *(name)* ________________. Or is incorporated under the laws of *(foreign nation)* ________________, and has its principal place of business in *(name)* ________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: Defendant's committed willful civil conversion, corporate fraud, and violations of federal consumer protection laws (15 USC 1601 & 15 USC 1692) Resulting in accrued liquidated and statutory damages totaling a sum certain of exactly $246,897.69 as detailed in the attached prayer for relief.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff's statement of facts/claim is fully detailed in the attached sheet entitled 'Integrated Statement of Chronological Facts' (Points 1 through 23), which is incorporated herein by reference.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff's requested remedies and itemised damages are fully detailed in the attached sheet entitled 'Section IV: Prayer for Relief' which is incorporated herein by reference

## INTEGRATED STATEMENT OF CHRONOLOGICAL FACTS

1. **Plaintiff, Antonio Dempsey,** is an individual residing in Clay County, Florida, and was at all times relevant the lawful owner and rightful possessor of a 2016 Ford Mustang, VIN: 1FATP8EM7G5238529 ("the Vehicle").
2. **Defendant Foursight Capital, LLC** and **Defendant OneMain Financial** are foreign business entities conducting substantial consumer lending and auto-loan servicing business in Duval County, Florida, under Account No. 04283200.
3. **Defendant ICU Recovery Agency** is a Florida business entity engaged in commercial vehicle repossession, with its primary operational headquarters located at 7701 Hammond Blvd, Jacksonville, FL 32220 .
4. The consumer transaction underlying the subject account consisted of an original financed principal amount of **$18,336.51**, with total payments structured at **$27,616.32**.
5. Prior to June 26, 2026, Plaintiff issued a series of formal administrative disputes and demands for debt validation to Foursight Capital, LLC, explicitly identifying severe accounting deficiencies, disclosure failures, and a total lack of verifiable transaction funding evidence under the Truth in Lending Act (TILA) .
6. On or about March 30, 2026, Defendant Foursight Capital, LLC issued a substantively deficient, boilerplate response signed by agent Brandy Becker, which completely failed to address the accounting disputes or provide a complete double-entry transaction ledger.
7. Along with these formal legal notifications, Plaintiff delivered a binding Administrative Cost Structure and Private Fee Schedule to the finance Defendants, establishing explicit commercial fees of **$1,000.00 per business day** for continuing non-compliance, which reached a documented, noticed baseline of **$82,500.00 as of April 02, 2026** .
8. Prior to any asset seizure, Plaintiff delivered a physical, negotiable payoff instrument—specifically **USPS Money Order No. 55086475639 in the exact amount of $9,884.23**—to fully satisfy, redeem, and discharge the underlying credit obligation.
9. Defendants Foursight Capital and OneMain Financial willfully retained, controlled, and converted this payoff instrument without crediting Plaintiff's account balance or returning the physical property, leaving the obligation recorded as an open default in bad faith.

10. On or before June 5, 2026, Plaintiff delivered a final settlement notice to Defendant Foursight Capital, LLC, documenting that the accumulated administrative fee total had reached **$128,500.00**, and explicitly warning that forcing a court escalation would trigger compounding contractual liabilities.
11. On June 26, 2026, between 5:00 a.m. and 6:00 a.m., despite having no active legal default or valid lien, Defendant ICU Recovery Agency entered onto Plaintiff's residential property to execute an illegal, non-judicial repossession of the Vehicle on behalf of the finance Defendants.
12. During the execution of the unlawful seizure, Defendant ICU Recovery Agency triggered the Vehicle's security alarm, creating a loud public disturbance that distressed and severely embarrassed Plaintiff before his neighbors .
13. Plaintiff immediately ran outside, confronted the driver of ICU Recovery Agency, explicitly stated that the Vehicle was fully paid off via negotiable presentment, and ordered the driver to immediately halt operations and leave the property .
14. In direct violation of Florida law and the Fair Debt Collection Practices Act (FDCPA), the driver of ICU Recovery Agency completely defied Plaintiff's oral commands, breached the peace, and forcibly drove away with the converted Vehicle, leaving Plaintiff's spouse completely stranded without transit to work.
15. As a direct result of this sudden deprivation of transportation, Plaintiff and his spouse suffered extreme logistical disruptions, forcing them to utilize expensive rideshare services (Lyft), walk in 90 degree weather, utilize grocery delivery services (Instacart) taking the city bus and pay individuals for basic operational daily transit.
16. On June 26, 2026, at approximately 8:25 a.m., Plaintiff placed a telephonic call from **(904) 470-9540** to Defendant ICU Recovery Agency's business line at **(904) 574-9141** to report the unlawful conversion and coordinate the recovery of personal property trapped inside the vehicle.
17. An unidentified female employee of Defendant ICU Recovery Agency intercepted the line and hostilely refused to provide her name, the manager's name, or the owner's name. When Plaintiff attempted to read a formal statement regarding his property rights, the agent cut him off mid-sentence and stated verbatim: *"Do you understand or do I have to dumb it down for you?"*
18. On June 26, 2026, Plaintiff formally served Defendant ICU Recovery Agency with a *Notice of Non-Statutory Trespass and Private Fee Schedule*, explicitly informing them that they were in possession of converted property and establishing a non-compliance fee of **$1,000.00 per calendar day** for unauthorized retention of the vehicle.

19. On information and belief, Defendant OneMain Financial and/or ICU Recovery Agency subsequently transferred, hid, or removed the 2016 Ford Mustang to an unverified storage location outside the immediate jurisdiction without notice, authorization, or consent, actively concealing the asset from Plaintiff, with the attentions of auctioning and/or reselling the car.
20. As of October 21, 2026, Defendants have held Plaintiff's vehicle for approximately four months (**11 calendar days / 144 business days** from the initial ledger marker), resulting in ongoing loss of use, emotional cistress, and compounding contractual administrative damages.
21. The itemized, liquidated damages arising directly from this course of conduct total a sum certain of exactly **$296,897.69**, calculated as follows:
    - **$153,050.00** in business-day corporate administrative costs (March 17 through October 21, 2026).
    - **$117,000.00** in calendar-day towing administrative costs (June 26 through October 21, 2026).
    - **$11,113.46** in statutory UCC Article 9 penalties under **Florida Statute § 679.625(3)(b)**.
    - **$9,884.23** for the principal face value of the converted payoff instrument.
    - **$5,850.00** for 117 days of vehicle loss of use calculated at a standard conservative rental rate of $50.00/day.
22. The subsequent return or recovery of select personal property items from the interior of the vehicle does not waive, discharge, or mitigate any of the Defendants' ongoing tortious conversion, FDCPA statutory violations, or accumulated administrative liabilities.
23. The claimed property has not been taken for a tax, assessment, or fine pursuant to statute, nor has it been taken under an execution or attachment against the property of the Plaintiff.

Dated: **OCTOBER 22, 2026**

Respectfully submitted,

By: ______________________

**Antonio Ray Dempsey, Plaintiff Pro Se**

c/o 657 Glendale Lane Orange Park, FL 32065

## SECTION IV: PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff, Antonio Ray Dempsey, respectfully requests this Court enter a final judgment against Defendants, jointly and severally, for a sum certain total of **$296,897.69**, and grant the following specific relief:

1. **ORDER FOR SPECIFIC PERFORMANCE:** Compelling Defendants to immediately return the 2016 Ford Mustang (VIN: 1FATP8EM7G5238529) in unharmed condition, completely balance the account ledger to zero ($0.00), extinguish all outstanding liens, and convey a clean Certificate of Title.
2. **RESTITUTION OF PROPERTY:** Ordering the immediate physical return and restitution of the withheld payoff asset—specifically original USPS Money Order No. **55086475639** (Principal Value: $9,884.23)—or an equivalent cash judgment.
3. **LIQUIDATED AND CONTRACTUAL DAMAGES:** Awarding a monetary judgment of **$270,050.00** representing accrued non-compliance fees established under the un-rebutted Private Administrative Fee Schedule contracts ($153,050.00 in finance corporate administrative costs and $117,000.00 in towing company unauthorized retention costs).
4. **STATUTORY UCC PENALTIES:** Awarding a statutory penalty of **$11,113.46** for consumer goods violations pursuant to **Florida Statute § 679.625(3)(b)** (calculating total original finance interest of $9,279.81 plus 10% of the loan principal baseline of $1,833.65).
5. **VEHICLE LOSS OF USE:** Awarding compensatory damages of **$5,850.00** for 117 calendar days of severe deprivation of his primary vehicle asset, calculated at a conservative baseline rental rate of $50.00 per day.
6. **JURY MANDATED RELIEF:** Awarding all such further actual, statutory, consequential, and punitive damages as an empaneled jury deems just and proper for Defendants' bad-faith collection tactics, reckless breaches of the peace, and intentional tortious conversion.

Dated: **OCTOBER 22, 2026**

Respectfully submitted,

By: ______________________________

**Antonio Ray Dempsey, Plaintiff Pro Se**

c/o 657 Glendale Lane Orange Park, FL 32065

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/22/2026

Signature of Plaintiff [signature]

Printed Name of Plaintiff Antonio Dempsey

### B. For Attorneys

Date of signing: ________

Signature of Attorney ________

Printed Name of Attorney ________

Bar Number ________

Name of Law Firm ________

Street Address ________

State and Zip Code ________

Telephone Number ________

E-mail Address ________